AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| GS HOLISTIC, LLC <br><br> *Plaintiff(s)* <br> v. <br> UVAPE N SMOKE, INC. d/b/a I VAPE  N SMOKE SHOP and JOSE BARRIOS, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  0:25-cv-60419 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSE BARRIOS
4161 SW 84 Terrace,
Davie Florida 33328


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David L. Perry II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 3441-1610


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 5, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| GS HOLISTIC, LLC <br><br> *Plaintiff(s)* <br> v. <br> UVAPE N SMOKE, INC. d/b/a I VAPE N SMOKE SHOP and JOSE BARRIOS, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  0:25-cv-60419 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UVAPE N SMOKE, INC. d/b/a I VAPE N SMOKE SHOP
REGISTERED AGENT: JOSE BARRIOS
2668 N University Dr,
Sunrise, Florida 33322

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David L. Perry II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida, 33441-1610

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 5, 2025



Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Rivers
Deputy Clerk
U.S. District Courts